IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KING MICHAEL OLIVER, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. 21-cv-1734-SMY |
| ANTHONY WILLS (WARDEN)[1], | ) ) ) |
| Respondent. | ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Petitioner King Oliver, an inmate of the Illinois Department of Corrections ("IDOC") currently incarcerated at Menard Correctional Center, brings this *habeas corpus* action pursuant to 28 U.S.C. § 2254 to challenge the constitutionality of his conviction.

The case is now before the Court for a preliminary review of the Petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in United States District Courts. Given the limited record at this juncture, it is not plainly apparent that Petitioner is not entitled to *habeas* relief. Without commenting on the merits of the claims presented, the Court concludes that the Petition survives preliminary review under Rule 4. Accordingly, Respondent is **DIRECTED** to answer or otherwise plead on or before June 30, 2025. Service upon Office of the Attorney General, 115 South LaSalle Street, Chicago, IL 60603 shall constitute sufficient service.

Petitioner is advised of his continuing obligation to keep the Clerk (and each opposing party) informed of any change in his whereabouts during the pendency of this action. This notification must be done in writing and no later than seven days after a transfer or other change

---

[1] Petitioner incorrectly identified Judge Ralph Bloodworth as Respondent.

in address occurs. Failure to provide notice may result in dismissal of this action. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

**DATED: May 30, 2025**

**STACI M. YANDLE**
**United States District Judge**