IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KING MICHAEL OLIVER, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. 21-cv-1734-SMY ) |
| WARDEN, | ) ) |
| Respondent. | ) ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Before the Court is Petitioner King Oliver's Petition for Writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 (Civ. Doc. 1). The Government filed a motion to dismiss (Doc. 17). For the following reasons, the motion is **GRANTED**.

In 2019, King Oliver was convicted of threatening a public official and criminal trespassing in Jackson County, Illinois (Doc. 17-1). While his state direct appeal was pending, he the instant federal *habeas* petition seeking immediate release (Doc. 1). Oliver's convictions were affirmed in 2023, and he did not seek further review (Doc. 17-1). Oliver was released in August 2023 and completed his sentence in February 2024 (Doc. 17-3).

In the Petition, Oliver challenges his custody, not his conviction. As a result of his release from custody, his petition is moot and is **DISMISSED without prejudice** for lack of subject-matter jurisdiction. *Spencer v. Kemna*, 523, U.S. 1, 2 (1998) (A challenge to custody-related decisions, not the conviction, becomes moot upon release.).

**IT IS SO ORDERED.**

**Dated: September 2, 2025**

STACI M. YANDLE
United States District Judge